384 A.2d 995

Ferri, Appellant, v. Rossetti.

Argued November 22, 1977. Francis Rick Ferri, appellant, in propria persona, submitted a brief; Herman C. Kimpel, with him Dickie, McCamey & Chilcote, for appellee.

Order affirmed.